IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| RAYMOND and MARY A. FERGUSON, | |
| Plaintiffs, | |
| v. | Case No. 1:09cv739–JCC-TCB |
| THOMAS M. INGOLDSBY, | |
| Defendant. | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Thomas M. Ingoldsby, by counsel, moves this Court for entry of judgment on

the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.  In support of his

motion, Mr. Ingoldsby incorporates by reference his Memorandum in Support of his Motion for

Judgment on the Pleadings filed simultaneously herewith.

Dated:  September 2, 2009

THOMAS M. INGOLDSBY
By Counsel

_____/s/_____
Douglas R. Kay
Virginia Bar No. 35468
*Counsel for Defendant*
BRIGLIA HUNDLEY NUTTALL & KAY, P.C.
1921 Gallows Road, Suite 750
Vienna, Virginia 22182
Telephone:　　(703) 883-0880
Facsimile:　　(703) 883-0899
dkay@bhnklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of September, 2009, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of

such filing (NEF) to the following counsel of record:

Peter J. Kahn, Esquire
John M. McNichols (VSB#66663)
*Counsel for Plaintiffs*
WILLIAMS & CONNOLLY LLP
725 12th Street, N.W.
Washington, DC 20005
(202) 434-5000 (T)
(202) 434-5029 (F)
pkahn@wc.com
jmcnichols@wc.com

_____/s/_____
Douglas R. Kay
Virginia Bar No. 35468
*Counsel for Defendant*
BRIGLIA HUNDLEY NUTTALL & KAY, P.C.
1921 Gallows Road Suite 750
Vienna, Virginia 22182
Phone: (703) 883-0880
Fax: (703) 883-9104
dkay@bhnklaw.com