LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JOHN M. MCNICHOLS
(202) 434-5043
jmcnichols@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 2, 2009

<u>VIA ECF</u>

Hon. James C. Cacheris
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *Ferguson et al. v. Ingoldsby*, Case No. 1:09cv739-JCC/TCB

Your Honor:

For the convenience of the Court, and to aid in preparation for the upcoming hearing, the undersigned counsel for Plaintiffs in the above-captioned matter informs the Court that the parties' settlement discussions have been unsuccessful and Plaintiffs will argue their Motion for Judgment on the Pleadings at 10:00 a.m. on October 9, 2009, as scheduled.

Please contact me if you have any questions.

Very truly yours,

John M. McNichols

Counsel for Plaintiffs Raymond and Mary Ferguson

cc:   Douglas Kay, Esq. (via ECF)