Date: 10-09-09          Judge: <u>Cacheris</u>
Start: 9:58             Reporter: <u>J. Goodwin</u>
Finish: 10:11

Civil Action Number: 1:09cv739

<u>Raymond Ferguson, et al</u>

vs.

<u>Thomas M. Ingoldsby</u>

Appearances of Counsel for (X) Pltf (X) Deft - - ~~Telephone Conference Held~~

( ) Matter is uncontested

Motion to/for:
Judgement on the pleadings - Plt/'s

Argued &
(X) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

Counsel to submit original note.
Plt/'s atty fees also granted

( ) Report and Recommendation to Follow
( ) Order to Follow