# Document Superceded and Removed