IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Raymond Ferguson, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) 1:09cv739 (JCC)<br>Thomas Ingoldsby, )<br>)<br>Defendant. )<br>)<br>) | |

**A M E N D E D   O R D E R**

On October 9, 2009, the Court heard argument on the parties' Motions for Judgment on the Pleadings.  For the reasons stated in open court and the accompanying Amended Memorandum Opinion [35] it is hereby ORDERED that:

(1) Plaintiffs' Motion for Judgment on the Pleadings [7] is GRANTED;

(2)  Defendant's Motion for Judgment on the Pleadings [15] is DENIED; and

(3)  Pursuant to the agreement between the parties filed on October 23, 2009 [32], judgment is entered in favor of

the Plaintiffs in the amount of two hundred thousand dollars ($200,000), inclusive of attorney's fees, and costs; and

       (4)   the Clerk of the Court shall forward copies of this Amended Order and the accompanying Amended Memorandum Opinion [35] to all counsel of record.

```
                                              /s/
November 5, 2009                        James C. Cacheris
Alexandria, Virginia          UNITED STATES DISTRICT COURT JUDGE
```